IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL LEE VANCE | : | CIVIL ACTION |
| v. | : | |
| ALBERT EINSTEIN MEDICAL CENTER | : | NO. 10-2621 |

## O R D E R

**AND NOW**, this 4 day of June, 2010, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court shall **CLOSE** this case statistically.

**BY THE COURT:**

_____
THOMAS N. O'NEILL, JR., SR. J.